## TOWN OF WALLINGFORD *v.* VERNON STANCUNA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32104) is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Vernon Stancuna*, pro se, in support of the petition.

*Janis M. Small*, town attorney, in opposition.

Decided July 1, 2010

## STATE OF CONNECTICUT *v.* JASON MANN

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 626 (AC 27779), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided July 8, 2010